UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>RALPH JOSEPH SMALL,<br><br>    Defendant. | Case No: CR 03-40058 SBA<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

    The parties are presently before the Court on Defendant's Motion for Early Termination of Supervised Release, pursuant to 18 U.S.C. § 3583(e)(1) and Federal Rule of Criminal Procedure 32.1(c). The Court has read and considered the papers submitted by the Defendant in support of his motion and notes that the Government has no opposition thereto. The Court has considered the relevant factors set forth 18 U.S.C. § 3553(a) and finds that the interests of justice warrant the requested earlier termination of supervised release. The Court further finds that no hearing on the motion is necessary under Rule 32.1(c)(2). Accordingly,

    IT IS HEREBY ORDERED THAT the Defendant's Motion for Early Termination of Supervised Release is GRANTED.

Dated: December 7, 2009

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge